United States Courts
Southern District of Texas
FILED
*November 28, 2022*
Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| **ENEDINA SALINAS DE RIOS**, *et al.*, §§§ Plaintiffs, §§ VS. § **HOME DEPOT USA, INC.**, §§§ Defendant. § | **CIVIL ACTION NO. 7:22-CV-0192** |

## ORDER

The parties have submitted a joint filing concerning the voluntary dismissal of this case under Rule 41 of the Federal Rules of Civil Procedure. (Dkt. No. 14). Considering the representations made therein, as well as the parties' representations that the settlement of this case has been funded, it is hereby ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DONE at McAllen, Texas this 28th day of November 2022.

J. SCOTT HACKER
United States Magistrate Judge